**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICHAEL J. LABINE,

Plaintiff,

vs.

ORDER
CV 01-270 RHK/JMM

NORTHLAND CREDIT CONTROL,

Defendant.

The court having been advised by counsel that the above case has been settled, the parties needing additional time to finalize a settlement agreement.,

**IT IS ORDERED** that the court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 25, 2001.

**RICHARD H. KYLE**, Judge
United States District Court

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK